NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10442 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-01179-JMR |
| v. | |
| RAUL LUNA-BARBOSA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John M. Roll, Chief Judge, Presiding

Submitted October 25, 2011[**]

Before:     TROTT, GOULD, and RAWLINSON, Circuit Judges.

Raul Luna-Barbosa appeals from his guilty-plea conviction and 46-month

sentence imposed for being an illegal alien found in the United States following

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

U.S. 738 (1967), Luna-Barbosa's counsel has filed a brief stating there are no

---

        [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

grounds for relief, along with a motion to withdraw as counsel of record.  We have provided the appellant with the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**